## SWEENY and Another *v.* COCHRAN.

Where a complaint is filed in the usual form, on a note and account, and a copy of the note and a bill of particulars of the account are filed with the complaint, and also an affidavit, in attachment, entitled of the cause, and in the form prescribed by the statute, properly verified, is filed, and thereupon a writ of attachment is issued, it is error to quash the attachment for insufficiency of the affidavit.

APPEAL from the *Boone* Circuit Court.

*Per Curiam.*—*Sweeney* and *McClelland* sued *Cochran* on a note. They filed together, in the clerk's office, a complaint on the note, a copy of the note, and an affidavit and bond for an attachment. The affidavit for the attachment is in the language of the form prescribed by statute, (2 G. & H., p. 382,) and being filed with the complaint on the cause of action, and being titled with the names of the parties, etc., was sufficient. The Court quashed the attachment because the affidavit was not sufficient.

The judgment on the note is affirmed, that quashing the attachment is reversed, with costs.

*W. Griffin, J. E. McDonald*, and *A. L. Roache*, for the appellants.